**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IBRA SARR** | : | **CIVIL ACTION** |
| ***Petitioner,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,** | : | **No. 26-cv-6811** |
| ***Respondents.*** | : | |

**ORDER**

**AND NOW**, this **11th** day of **September 2026**, upon review of Petitioner Ibra Sarr's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), it is hereby **ORDERED** as follows:

1. Petitioner shall make **IMMEDIATE AND PROPER SERVICE** of the Petition (ECF No. 1) and the instant Order on Respondents, and shall file proof of service on or before **<u>September 15, 2026</u> at 12:00 P.M.**

2. Petitioner shall **EMAIL** the Petition (ECF No. 1) and the instant Order to the following email addresses at the U.S. Attorney's Office for the Eastern District of Pennsylvania, on or before **<u>September 14, 2026</u> at 12:00 P.M.**:

   a. desiree.wilkins@usdoj.gov

   b. anthony.stjoseph@usdoj.gov

   c. susan.becker@usdoj.gov

   d. gregory.david@usdoj.gov

3. The United States Attorney's Office for the Eastern District of Pennsylvania shall assign an Assistant United States Attorney ("AUSA") to the above-captioned matter

and that AUSA shall enter their appearance for Respondents on or before **September 15, 2026 at 12:00 P.M.**

4. Respondents shall **NOT TRANSFER** Petitioner from the Eastern District of Pennsylvania without further order of the Court.
5. Respondents shall **RESPOND** to the merits of the Petition (ECF No. 1) on or before **September 21, 2026 at 4:00 P.M.** as follows:
   a. Respondents shall **RESPOND** to Petitioner's position that (1) his detention constitutes a "re-detention" in this case; (2) that such a "re-detention" is a "rescission" of the Respondent's Changed Circumstances Policy; and (3) that Respondents' "rescission" of the Changed Circumstances Policy is violative of the Administrative Procedure Act, 5 U.S.C. §§ 706(2)(A)–(B) because the "rescission" is arbitrary and capricious and violates the Fourth Amendment. ECF No. 1.
   b. Respondents' response shall **IDENTIFY** the date of Petitioner's bond hearing (if one has been scheduled) in this case. If no bond hearing has been scheduled, Respondents shall **EXPLAIN** why Petitioner's detention does not fall under the ambit of the Third Circuit's recent decision in *Buele Morocho v. Warden Philadelphia FDC*, --- F.4th ----, Nos. CV 26-1150, 26-1454, 2026 WL 2546223 (3d Cir. Aug. 28, 2026).
6. The Clerk of Court is **DIRECTED** to provide a copy of this Order to the United States Attorney's Office for the Eastern District of Pennsylvania and reflect the same on the docket.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**