**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IBRA SARR**<br>*Petitioner,*<br><br>v.<br><br>**J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,**<br>***Respondents.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br>**No. 26-cv-6811** |

**ORDER**

**AND NOW**, this **21st** day of **September 2026**, upon review of Petitioner Ibra Sarr's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), the Government's Response Opposing Petition for Habeas Corpus Writ (ECF No. 6), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED** for the purpose of holding a bond hearing.
2. Should Respondents transfer Petitioner for the purpose of holding a bond hearing, Respondents shall provide Petitioner with a bond hearing in accordance with 8 U.S.C. § 1226(a) on or before **September 24, 2026**, at which the parties will be allowed to present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**