**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IBRA SARR**<br>*Petitioner,*<br><br>**v.**<br><br>**J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,**<br>*Respondents.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br>**No. 26-cv-6811** |

**ORDER**

**AND NOW**, this **25th** day of **September 2026**, upon review of the docket in this case, including the Court's Order dated September 21, 2026 permitting Respondents to transfer Petitioner Ibra Sarr for the purpose of holding a bond hearing on or before September 24, 2026 (the "September 21, 2026 Order") (ECF No. 7), it is hereby **ORDERED** that the Parties shall **FILE** a Joint Status Report on or before **October 2, 2026** informing the Court as to the status and/or outcome of Petitioner's bond hearing and stating whether any additional proceedings in this matter are required.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**