**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IBRA SARR**<br>***Petitioner,***<br><br>**v.**<br><br>**J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,**<br>***Respondents.*** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CIVIL ACTION**<br><br><br><br><br>**No. 26-cv-6811** |

**ORDER**

**AND NOW**, this **28th** day of **October 2026**, upon review of the Parties' Joint Status Letter dated October 23, 2026 stating that no further proceedings are required in this matter (ECF No. 13), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED**.
2. The Clerk of Court is directed to **CLOSE** the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**