**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IBRA SARR** | : | **CIVIL ACTION** |
| ***Petitioner,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention Center, Philadelphia, et al.,** | : | **No. 26-cv-6811** |
| | : | |
| ***Respondents.*** | : | |

**ORDER**

**AND NOW**, this **9th** day of **November 2026**, upon review of Petitioner Ibra Sarr's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), Respondents' Response in Opposition to the Petition for a Writ of Habeas Corpus (ECF No. 6), Petitioner's Motion for Judgment (ECF No. 15), and the docket, it is hereby **ORDERED** as follows:

1. The Court's Order dated October 29, 2026 closing the case (ECF No. 14) is **VACATED**.
2. Petitioner's Motion for Judgment (ECF No. 15) is **GRANTED**.
3. The Petition (ECF No. 1) is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.
4. Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED**.
5. The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**